UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 06-3861

UNITED STATES OF AMERICA

v.

PATRICK LOMBARDO,
                        Appellant

On Appeal from the United States District Court
for the Middle District of Pennsylvania
D.C. Criminal No. 05-cr-0132
(Honorable James M. Munley)

Submitted Pursuant to Third Circuit LAR 34.1(a)
April 17, 2008
Before:  SCIRICA, *Chief Judge*, AMBRO and FISHER, *Circuit Judges*.

**JUDGMENT**

    This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was submitted pursuant to Third Circuit LAR 34.1(a) on April 17, 2008.  On consideration whereof, it is now hereby

    ORDERED and ADJUDGED by this Court that the judgment of the District Court entered August 21, 2006, be, and the same is hereby affirmed.  All of the above in accordance with the opinion of this Court.

                        ATTEST:

                        /s/ Marcia M. Waldron
                        Clerk

DATED:  June 3, 2008